# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3140

_____

Braun Nathan Thompson

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

_____

Submitted: May 13, 2019
Filed: May 17, 2019
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Braun Thompson appeals the district court's[1] order denying his 28 U.S.C. § 2255 motion. The district court granted Thompson a certificate of appealability on

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

whether he was properly sentenced under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e). Thompson claimed that his prior Minnesota convictions for aggravated robbery no longer qualified as predicate violent felonies without reliance on the ACCA's residual clause, which was invalidated as unconstitutionally vague in Johnson v. United States, 135 S. Ct. 2551, 2557 (2015). Following de novo review, see United States v. Hernandez, 436 F.3d 851, 854 (8th Cir. 2006), we conclude that Thompson was properly sentenced as an armed career criminal and that the district court did not err in denying relief, see United States v. Pettis, 888 F.3d 962, 965-66 (8th Cir. 2018), cert. denied, 139 S. Ct. 1258 (2019); United States v. Libby, 880 F.3d 1011, 1013 (8th Cir. 2018). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

———————————————